Animashaun v State of New York (2023 NY Slip Op 00529)

Animashaun v State of New York

2023 NY Slip Op 00529

Decided on February 3, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 3, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., SMITH, CURRAN, BANNISTER, AND OGDEN, JJ.

84 CA 22-00834

[*1]DAMILOLA ANIMASHAUN, CLAIMANT-APPELLANT,
v
STATE OF NEW YORK, DEFENDANT-RESPONDENT. (CLAIM NO. 129022.) 

DAMILOLA ANIMASHAUN, CLAIMANT-APPELLANT PRO SE. 
LETITIA JAMES, ATTORNEY GENERAL, ALBANY (KATHLEEN M. TREASURE OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from a judgment of the Court of Claims (Linda K. Mejias-Glover, J.), entered February 1, 2022. The judgment awarded claimant money damages of $120.75, plus interest. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs.
Entered: February 3, 2023
Ann Dillon Flynn
Clerk of the Court